UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11232-RGS

TIMOTHY EDDINGTON

v.

BUREAU OF PRISONS, et al.

PROCEDURAL ORDER RE: FILING FEE

July 16, 2019

On June 3, 2019, *pro se* plaintiff Timothy Eddington, an inmate now confined to FMC Devens, initiated this action by filing a complaint and motion to appoint counsel. *See* Docket No. 7. Since the filing of the complaint, Eddington paid the $350.00 filing fee as well as the $50 administrative fee. *See* Docket No. 12.

On June 20, 2019, Eddington filed an amended complaint. *See* Docket No. 9. Plaintiff's amended complaint requests permission "to add to his complaint Defendant 'United States of America.'" *Id.* at ¶ 2. Plaintiff explains that since initiating this action, his federal tort claim was denied and he now seeks to include a claim against the United States pursuant to the Federal Tort Claims Act. *Id.*

However, an amended complaint does not simply add to the first complaint. *See Brait Builders Corp. v. Massachusetts, Div. of Capital Asset*

*Mgt.*, 644 F.3d 5, 9 (1st Cir. 2011) (an amended complaint completely supercedes an earlier-filed complaint). Once an amended complaint is filed, it completely replaces the original complaint. Eddington will be granted an opportunity to re-plead his complaint by filing a second amended complaint. Eddington is informed that if he elects to file a second amended complaint, he should repeat in the second amended complaint any allegations from the original and amended complaints that he wishes to be part of the operative pleading. Therefore, it is important that Eddington includes in the second amended complaint all the necessary information that was contained in his original and amended complaints. The second amended complaint must be captioned as a "Second Amended Complaint," and bear the same docket number as this Order.

    Accordingly, Eddington shall, within 30 days of the date of this Order, file a Second Amended Complaint. Failure to comply with this directive will result in the designation of the amended complaint as the operative pleading in this action.

                                      SO ORDERED.

                                      /s/ Richard G. Stearns
                                      UNITED STATES DISTRICT JUDGE