UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11232-RGS

TIMOTHY EDDINGTON

v.

BUREAU OF PRISONS, et al.

ORDER

September 4, 2019

Timothy Eddington, an inmate now confined to FMC Devens, initiated this action on June 3, 2019. Since that time, he paid the $350.00 filing fee and the $50 administrative fee. Now before the Court is Eddington's second amended complaint.

Having reviewed the Second Amended Complaint pursuant to 28 U.S.C. § 1915A(b)(1), it is hereby Ordered

1. The Clerk shall issue summonses for service of the second amended complaint on the United States of America, Stephen Spaulding, Michael Segal, Berhan Yeh, C. Makowicz, William Tidwell and Correctional Officer Laprise.

2. The Clerk shall send the summonses, a copy of the second amended complaint, and this Order to the plaintiff, who must thereafter serve the seven defendants in accordance with Federal Rule of Civil Procedure 4(m).

Because the filing fee has been paid, plaintiff is required to arrange for service of process under Rule 4 and he may choose an alternative to serving the defendants with the summons and second amended complaint by offering the defendants the option to waive service of the summons. *See* Fed. R. Civ. P. 4(d).

3. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 90 days from the date of this Order to complete service.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE