Timothy Eddington #15729-171
Federal Medical Center Devens
P.O Box 879
Ayer, MA 01432

ATTN: Robert M. Farrell, Clerk
      Office of the Clerk
      1 Courthouse Way
      Boston, MA 02210



RE: Civil Action No. 19-11232-RGS

Dear Mr. Farrell,

I am writing to you to make you aware that my address has changed, from the above address to the address lsited below, and that I have served all named defendants making them aware of this change of address, and requesting that this change of address be filed with this honorable court.

DATE: 11-15-2019

Respectfully,

s/ Timothy Eddington

Timothy Eddington #15729-171

NEW: Timothy Eddington
     1083 Chandler Dr.
     Rock Hill, SC 29730